IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OFFIT KURMAN, P.A., <br><br> Plaintiff, <br><br> - vs - <br><br> ROBERT HALF INTERNATIONAL, INC., <br><br> Defendant. | Civil Action No.: _____ |

## ROBERT HALF INTERNATIONAL INC.'S
## LOCAL RULE 103.3 DISCLOSURE OF
## CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Local Rule 103.3 of the United States District Court for the District of Maryland, defendant, Robert Half International Inc. ("RHI"), which is a publicly traded corporation (NYSE: RHI), states that it has no parent corporation; as of February 28, 2014, based upon the public record of Schedule 13G filings made to the Securities and Exchange Commission, no publicly held corporation owns 10% or more of RHI's stock; and that there is no corporation, unincorporated association, partnership or other business entity that is not a party to this case which has a financial interest in the outcome of this litigation.

Dated: February 28, 2014

Respectfully submitted,

_____
Leslie Paul Machado (Bar No. 14952)
LeClairRyan, a Professional Corporation
2318 Mill Road, Suite 600
Alexandria, Virginia 22310
(703) 647-5928 (phone)
(703) 647-5968 (facsimile)
leslie.machado@leclairryan.com

*Counsel for Robert Half International Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, I served a copy of the foregoing on the following counsel of record:

Eric Pelletier
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland  20184

_____
Leslie Paul Machado